

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00421-CR

Santiago "Jimmy" **LOMAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 8581-A
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

After this court granted appellant's first motion to extend time to file his brief, the brief was due November 17, 2016. Appellant has not filed a second motion, asking for an additional thirty days in which to file his brief. After review, we GRANT appellant's motion and ORDER appellant to file his brief on or before December 19, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court